AO 238 (Rev. 06/19) Arrest Warrant and Notice Before Arrest

HD 11486355

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF ARIZONA

23-m-8567-MSA

| United States of America | ) | Location Code(s)/Violation Number(s) | | Violation Date(s) |
|---|---|---|---|---|
| v. | ) | A195 | E1702103 | 10/19/2022 |
| **RAMIREZ, JONATHAN** | ) | | | |
| ~~1582 WEBER ST~~ | ) | Offense(s) | | Amount Due |
| ~~RAMONA, CA 92065~~ | ) | EXCEEDING POSTED SPEED 70/55 | | $130.00 |
| | ) | | | |
| Defendant | ) | | | |

## ARREST WARRANT

✓ FILED   ___ LODGED
___ RECEIVED   ___ COPY

MAR - 1 2023

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

To:     Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: 1/10/23 @ 12:10pm     _Maria S Aguilera_
                                              Judge's signature
                                            HON MARIA S AGUILERA

### Return

| Received | Date: 01/11/23 | Location: Tucson, AZ |
|---|---|---|

*Executed by the arrest of the defendant.*

| Arrested | Date: 02/27/23 | Location: Tucson, AZ |
|---|---|---|

Name: _____    Title: _____    District: _____

Date: _____    Signature: _____

Subject arrested by USMS
and initialed on 03/01/23
in the District of Arizona.

MJA
1/4/23
tucc

## United States District Court
### Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| E195 | E1702103 | F Montoya | 2148 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 10/19/22  6:45am
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 50 CFR 27.31 (d)

Place of Offense: Hwy 286 MM 10

Offense Description; Factual Basis for Charge: Exceeding posted speed 70/55

HAZMAT ☐

**DEFENDANT INFORMATION**
Phone: (redacted)
Last Name: Ramirez
First Name: Jonathan
M.I.: —
Street Address: (redacted)
City / State / Zip Code / Date of Birth: (redacted)
Drivers License No.: (redacted)
☒ Adult ☐ Juvenile

**VEHICLE** VIN:
Tag No. / State / Year / Make/Model / PASS ☐ / Color

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100 Forfeiture Amount
+ $30 Processing Fee
$ 130 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court AZ, 405 W. Congress St., Tucson, AZ 85701
Date: 1/4/23
Time: 9:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Unable to sign

Original - CVB Copy

*E1702103*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 11/01/2022 11:12
CVB SCAN 11/01/2022 11:12

CVB SCAN 11/01/2022 11:12

A195
Violation No. : E1702103
Subject: Ramirez, Jonathan

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on October 19th, 2022, while exercising my duties as a law enforcement officer in the District of Arizona. I Federal Wildlife Officer F. Montoya tested the calibration of the Stalker radar device used in this contact. The device was found to be functioning normally and within manufacturer specifications. While on vehicle patrol in a marked law enforcement vehicle equipped with emergency lights and siren, in full duty uniform; in the performance of my duties, I observed a violation occur on federal land.

At approximately 6:45 a.m., I witnessed a dark color sedan, California plate ~~~~~, driving at a high rate of speed. I visually approximated the vehicles speed at 75 miles per hour (mph) in a 55 mph zone. Using the radar device, I was able to measure the vehicles speed at 70 mph with a clear and steady tone for 3-5 seconds as it traveled northbound Highway 286 near milepost 10 of Buenos Aires National Wildlife Refuge, Sasabe, Arizona.

I activated my patrol vehicles emergency lights and initiated a traffic contact. Contacting the operator of the vehicle, Jonathan RAMIREZ (DOB ~~~~), I asked RAMIREZ if he was the same person I observed driving the vehicle, he said he was.

RAMIREZ was cited under 16 USC 668dd(f)(2) / *50 CFR 27.31(d) Exceed the Legally Posted Speed Limit; to wit; 70 mph in a 55 zone, 15 mph over the posted speed.*

The foregoing statement is based upon:
X my personal observation
X my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **FRANK MONTOYA** Digitally signed by FRANK MONTOYA
Date: 2022.10.22 09:49:09 -07'00'
---
Officer's Signature                                              Date

Probable cause has been stated for the issuance of a warrant.

Executed on:
---
U.S. Magistrate Judge                                            Date

AO 238 (Rev. 06/19) Arrest Warrant and Notice Before Arrest

FID 11486355

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ARIZONA

United States of America
v.
**RAMIREZ, JONATHAN**
~~[redacted]~~

*Defendant*

| Location Code(s)/Violation Number(s) | | Violation Date(s) |
|---|---|---|
| A195 | E1702105 | 10/19/2022 |
| Offense(s) | | Amount Due |
| INTERFERENCE | | $280.00 |

## ARREST WARRANT

To: Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: 1/6/23 @ 12:10pm                  *Maria S Aguilera*
                                                         *Judge's signature*
                                                         HON MARIA S AGUILERA

### Return

| | Date: | Location: |
|---|---|---|
| **Received** | 01/11/23 | Tucson, AZ |

*Executed by the arrest of the defendant.*

| | Date: | Location: |
|---|---|---|
| **Arrested** | 02/27/23 | Tucson, AZ |

Name: _____  Title: _____  District: _____

Date: _____  Signature: _____

Subject arrested by USMS
and initialed on 03/01/23
in the District of Arizona.

MJA
1/4/23
TVCC

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A165 | E1702105 | F. Montoya | 2148 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 10/15/22 6:45am
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 50 CFR 27.84
Place of Offense: Hwy 286 mm 10

Offense Description: Factual Basis for Charge — HAZMAT ☐

Interference

### DEFENDANT INFORMATION
Last Name: Ramirez
First Name: Jonathan
M.I.: —

(Street Address, City, State, Zip, DOB, DL, SSN — redacted)

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female

### VEHICLE   VIN:   CMV ☐
Tag No.: 9CR... | State: CA | Year: | Make/Model: Niss... | PASS ☐ | Color:

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL
A ☐ If Box A is checked, you must appear in court.
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ 250 Forfeiture Amount
+ $30 Processing Fee
$ 280 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: U.S. District Court AZ, 405 W. Congress St., Tucson, AZ 85701
Date: 1/4/23
Time: 900 am

X Defendant Signature: Visible to sign

Original - CVB Copy

*E1702105*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
- my personal observation
- my personal investigation
- information supplied to me from my fellow officer's observation
- other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle,
CDL = Commercial drivers license, CMV = Commercial vehicle involved in incident

**A195**
**Violation No. : E1702105**
**Subject: Ramirez, Jonathan**

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on October 19th, 2022, while exercising my duties as a law enforcement officer in the District of Arizona. I Federal Wildlife Officer F. Montoya, while on vehicle patrol in a marked law enforcement vehicle equipped with emergency lights and siren, in full duty uniform; in the performance of my duties, I observed a violation occur on federal land.

At approximately 6:45 a.m., I witnessed a dark color sedan, California plate 9▓▓▓▓9, driving at a high rate of speed near milepost 10, heading north on Highway 286 of Buenos Aires National Wildlife Refuge, Sasabe, Arizona. I made a U-turn in effort to contact the driver of the vehicle. By the time I started heading north the vehicle appeared to be increasing its speed.

Approaching milepost 11, I observed the vehicle make a left-hand turn in the roadway (west) near milepost 12, the intersection where Arivaca Sasabe Rd intersect with Highway 286. This intersection is a "T" intersection that heads east. I lost sight of the vehicle as I continued north through multiple low laying washes in the roadway. At milepost 12 I looked east and saw the vehicle approximately half mile away, just before it continued through a bend in the road and out of sight at a high rate of speed.

I headed east on Arivaca Sasabe Rd until I observed the vehicle briefly in front of my patrol vehicle near milepost 2. Based on my training and experience, the vehicle appeared to be driving over 80 miles an hour. Again, I lost sight of the vehicle until milepost 4.5 of Arivaca Sasabe Rd.

At milepost 4.5, I encountered the vehicle traveling behind an unrelated white truck at a slow speed. I activated my patrol vehicles emergency lights near milepost 6 of Arivaca Sasabe Rd in efforts to conduct a traffic stop for the speeding violation I observed. The vehicle slowed and pulled off the roadway and onto shoulder. Once stopped, I immediately exited my patrol vehicle. I observed all the vehicles doors open but the drivers. Individuals exited the vehicle and fled south from the vehicle's location. The driver of the vehicle immediately drove away from at a high rate of speed.

I got back into my patrol vehicle and updated dispatch of the events. The vehicle was out of sight at the point I started driving east in efforts to contact the driver. A Border Patrol Agent was in the area, several miles in the direction the vehicle was observed fleeing. I contacted the Agent and asked if he had seen the vehicle pass his location, he did not.

The Agent I located the vehicle that drove off the roadway and traveled off-road approximately 20 yards to the south (31°36.713 -111°23.445). The vehicle was running, but no one was in it. While in the area of the vehicle, the Agent and I heard a gunshot that appeared to be close by, and that could have come from a handgun.

1

CVB SCAN 11/01/2022 11:11

Based on my training and experience, individuals intentionally drive off-road in effort to conceal the vehicle, flee the area on foot, and if located, later claim they are not associated with the vehicle or events.

Once the driver was contacted, I asked Jonathan RAMIREZ (DOB ▓▓▓▓▓) if he was the same person I saw driving the vehicle on 286, he stated he was. I asked why he turned left at the Arivaca Sasabe Rd intersection; RAMIREZ stated he was driving fast and passed his turn, having to make a left-hand circle to continue east on Arivaca Sasabe Rd. I asked RAMIREZ why he drove away after stopping for my emergency lights; RAMIREZ stated he didn't want to get in trouble. I asked RAMIREZ why he drove off-road; RAMIREZ stated he blew a tire and lost control. I asked RAMIREZ about the handgun he was located with, and did he fire it and why? He did, to kill a spider.

**RAMIREZ was cited under 16 USC 668dd(f)(2) / *50 CFR 27.84 Interference with a person engaged in authorized activities.***

The foregoing statement is based upon:
X my personal observation
X my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **FRANK MONTOYA** Digitally signed by FRANK MONTOYA
Date: 2022.10.22 11:01:46 -07'00'

_____
   Officer's Signature                              Date

Probable cause has been stated for the issuance of a warrant.

Executed on:

_____
   U.S. Magistrate Judge                            Date

2

AO 238 (Rev. 06/19) Arrest Warrant and Notice Before Arrest

FID 11486355

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ARIZONA

United States of America

v.

RAMIREZ, JONATHAN

~~[redacted]~~

*Defendant*

| Location Code(s)/Violation Number(s) | | Violation Date(s) |
|---|---|---|
| A195 | E1702106 | 10/19/2022 |
| Offense(s) | | Amount Due |
| CARELESS/RECKLESS | | $130.00 |

## ARREST WARRANT

To:  Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: 1/6/23 @ 12:10 pm

*Judge's signature*
HON MARIA S AGUILERA

### Return

| | Date: | Location: |
|---|---|---|
| **Received** | 01/11/23 | Tucson, AZ |

*Executed by the arrest of the defendant:*

| | Date: | Location: |
|---|---|---|
| **Arrested** | 02/27/23 | Tucson, AZ |

Name: _____  Title: _____  District: _____

Date: _____  Signature: _____

Subject arrested by USMS
and initialed on 03/01/23
in the District of Arizona.

MSA
1/4/23
TVC

## United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A195 | E1702106 | F. Monday | 214B |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 10/15/22 6:45 a.m.
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code
CFR 50 27.31 (c)

Place of Offense: Hwy 286 mm 10

Offense Description: Factual Basis for Charge    HAZMAT ☐

Careless/Reckless

### DEFENDANT INFORMATION

Last Name: Ramirez
First Name: Jonathan

Date of Birth: __/__/2001

☒ Adult  ☐ Juvenile   Sex: ☒ Male  ☐ Female

### VEHICLE   VIN:   CMV ☐

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 100 . Forfeiture Amount
   + $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ 130 — Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court AZ, 405 W. Congress St., Tucson, AZ
Date: 1/4/23
Time: 9:00 a.m.

X Defendant Signature: Unable to Sign

*E1702106*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____   _____
    Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
    Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license, CMV = Commercial vehicle involved in incident

A195
Violation No. : E1702106
Subject: Ramirez, Jonathan

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on October 19th, 2022, while exercising my duties as a law enforcement officer in the District of Arizona. I Federal Wildlife Officer F. Montoya, while on vehicle patrol in a marked law enforcement vehicle equipped with emergency lights and siren, in full duty uniform; in the performance of my duties, I observed a violation occur on federal land.

At approximately 6:45 a.m., I witnessed a dark color sedan, California plate 9██████, driving at a high rate of speed near milepost 10, heading north on Highway 286 of Buenos Aires National Wildlife Refuge, Sasabe, Arizona. I made a U-turn in effort to contact the driver of the vehicle. By the time I started heading north the vehicle appeared to be increasing its speed.

Approaching milepost 11, I observed the vehicle make a left-hand turn in the roadway (west) near milepost 12, the intersection where Arivaca Sasabe Rd intersect with Highway 286. This intersection is a "T" intersection that heads east. I lost sight of the vehicle as I continued north through multiple low laying washes in the roadway. At milepost 12 I looked east and saw the vehicle approximately half mile away, just before it continued through a bend in the road and out of sight at a high rate of speed.

I headed east on Arivaca Sasabe Rd until I observed the vehicle briefly in front of my patrol vehicle near milepost 2. Based on my training and experience, the vehicle appeared to be driving over 80 miles an hour. Again, I lost sight of the vehicle until milepost 4.5 of Arivaca Sasabe Rd.

At milepost 4.5, I encountered the vehicle traveling behind an unrelated white truck at a slow speed. I activated my patrol vehicles emergency lights near milepost 6 of Arivaca Sasabe Rd in efforts to conduct a traffic stop for the speeding violation I observed. The vehicle slowed and pulled off the roadway and onto shoulder. Once stopped, I immediately exited my patrol vehicle. I observed all the vehicles doors open but the drivers. Individuals exited the vehicle and fled south from the vehicle's location. The driver of the vehicle immediately drove away from at a high rate of speed.

I got back into my patrol vehicle and updated dispatch of the events. The vehicle was out of sight at the point I started driving east in efforts to contact the driver. A Border Patrol Agent was in the area, several miles in the direction the vehicle was observed fleeing. I contacted the Agent and asked if he had seen the vehicle pass his location, he did not.

The Agent I located the vehicle that drove off the roadway and traveled off-road approximately 20 yards to the south (31°36.713 -111°23.445). The vehicle was running, but no one was in it. While in the area of the vehicle, the Agent and I heard a gunshot that appeared to be close by, and that could have come from a handgun.

1

Based on my training and experience, individuals intentionally drive off-road in offort to conceal the vehicle, flee the area on foot, and if located, later claim they are not associated with the vehicle or events.

Once the driver was contacted, I asked Jonathan **RAMIREZ** (DOB~~~~) if he was the same person I saw driving the vehicle on 286, he stated he was. I asked why he turned left at the Arivaca Sasabe Rd intersection; **RAMIREZ** stated he was driving fast and passed his turn, having to make a left-hand circle to continue east on Arivaca Sasabe Rd. I asked **RAMIREZ** why he drove away after stopping for my emergency lights; **RAMIREZ** stated he didn't want to get in trouble. I asked **RAMIREZ** why he drove off-road; **RAMIREZ** stated he blew a tire and lost control. I asked **RAMIREZ** about the handgun he was located with, and did he fire it and why? He did, to kill a spider.

**RAMIREZ** was cited under *16 USC 668dd(f)(2) / 50 CFR 27.31(c) Driving carelessly or wanton disregard for the rights or safety of other persons, or without due care or at a speed greater than is reasonable or prudent.*

The foregoing statement is based upon:
X my personal observation
X my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **FRANK MONTOYA** Digitally signed by FRANK MONTOYA
Date: 2022.10.22 11:07:44 -07'00'

_____
Officer's Signature                                    Date

Probable cause has been stated for the issuance of a warrant.

Executed on:

_____
U.S. Magistrate Judge                                  Date

2

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ARIZONA

United States of America
v.

RAMIREZ, JONATHAN
~~1880 WEBER ST~~
~~POMONA, CA 91768~~

*Defendant*

| Location Code(s)/Violation Number(s) | Violation Date(s) |
|---|---|
| A195        E1702107 | 10/19/2022 |
| Offense(s) | Amount Due |
| OFF DESIGNATED ROUTE | $180.00 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: 1/6/23 @ 12:10pm         *Maria S Aguilera*
                                                *Judge's signature*
                                              HON MARIA S. AGUILERA

### Return

| | Date: | Location: |
|---|---|---|
| **Received** | 01/11/23 | Tucson, AZ |

*Executed by the arrest of the defendant.*

| | Date: | Location: |
|---|---|---|
| **Arrested** | 02/27/23 | Tucson, AZ |

Name: _____   Title: _____   District: _____

Date: _____   Signature: _____

Subject arrested by USMS
and initialed on 03/01/23
in the District of Arizona.

MSK
1/4/23
tcc

## United States District Court
### Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A195 | E1702107 | F. Montoya | 2148 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 10/15/22  6:45 am
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code: 36 CFR 27.31

Place of Offense: Arivaca-Sasabe Rd mm 7

Offense Description: Factual Basis for Charge: Off designated Route

HAZMAT ☐

### DEFENDANT INFORMATION
Last Name: Ramirez
First Name: Jonathan

### VEHICLE

Tag No: [redacted]

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 150  Forfeiture Amount
    + $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 180  Total Collateral Due

### YOUR COURT DATE

Court Address: U.S. District Court AZ, 405 W. Congress St., Tucson, AZ
Date: 1/4/23
Time: 9:00 am

X Defendant Signature: Unable to Sign

Original - CVB Copy

*E1702107*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
- my personal observation
- my personal investigation
- information supplied to me from my fellow officer's observation
- other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  _____
              Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
              Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle
CDL = Commercial drivers license, CMV = Commercial vehicle involved in incident

CVB SCAN 11/01/2022 11:10

**A195**
**Violation No. : E1702106**
**Subject: Ramirez, Jonathan**

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on October 19th, 2022, while exercising my duties as a law enforcement officer in the District of Arizona. I Federal Wildlife Officer F. Montoya, while on vehicle patrol in a marked law enforcement vehicle equipped with emergency lights and siren, in full duty uniform; in the performance of my duties, I observed a violation occur on federal land.

At approximately 6:45 a.m., I witnessed a dark color sedan, California plate ███████, driving at a high rate of speed near milepost 10, heading north on Highway 286 of Buenos Aires National Wildlife Refuge, Sasabe, Arizona. I made a U-turn in effort to contact the driver of the vehicle. By the time I started heading north the vehicle appeared to be increasing its speed.

Approaching milepost 11, I observed the vehicle make a left-hand turn in the roadway (west) near milepost 12, the intersection where Arivaca Sasabe Rd intersect with Highway 286. This intersection is a "T" intersection that heads east. I lost sight of the vehicle as I continued north through multiple low laying washes in the roadway. At milepost 12 I looked east and saw the vehicle approximately half mile away, just before it continued through a bend in the road and out of sight at a high rate of speed.

I headed east on Arivaca Sasabe Rd until I observed the vehicle briefly in front of my patrol vehicle near milepost 2. Based on my training and experience, the vehicle appeared to be driving over 80 miles an hour. Again, I lost sight of the vehicle until milepost 4.5 of Arivaca Sasabe Rd.

At milepost 4.5, I encountered the vehicle traveling behind an unrelated white truck at a slow speed. I activated my patrol vehicles emergency lights near milepost 6 of Arivaca Sasabe Rd in efforts to conduct a traffic stop for the speeding violation I observed. The vehicle slowed and pulled off the roadway and onto shoulder. Once stopped, I immediately exited my patrol vehicle. I observed all the vehicles doors open but the drivers. Individuals exited the vehicle and fled south from the vehicle's location. The driver of the vehicle immediately drove away from at a high rate of speed.

I got back into my patrol vehicle and updated dispatch of the events. The vehicle was out of sight at the point I started driving east in efforts to contact the driver. A Border Patrol Agent was in the area, several miles in the direction the vehicle was observed fleeing. I contacted the Agent and asked if he had seen the vehicle pass his location, he did not.

The Agent I located the vehicle that drove off the roadway and traveled off-road approximately 20 yards to the south (31°36.713 -111°23.445). The vehicle was running, but no one was in it. While in the area of the vehicle, the Agent and I heard a gunshot that appeared to be close by, and that could have come from a handgun.

1

Based on my training and experience, individuals intentionally drive off-road in effort to conceal the vehicle, flee the area on foot, and if located, later claim they are not associated with the vehicle or events.

Once the driver was contacted, I asked Jonathan RAMIREZ (DOB ███████) if he was the same person I saw driving the vehicle on 286, he stated he was. I asked why he turned left at the Arivaca Sasabe Rd intersection; RAMIREZ stated he was driving fast and passed his turn, having to make a left-hand circle to continue east on Arivaca Sasabe Rd. I asked RAMIREZ why he drove away after stopping for my emergency lights; RAMIREZ stated he didn't want to get in trouble. I asked RAMIREZ why he drove off-road; RAMIREZ stated he blew a tire and lost control. I asked RAMIREZ about the handgun he was located with, and did he fire it and why? He did, to kill a spider.

RAMIREZ was cited under 16 USC 668dd(f)(2) / *50 CFR 27.31 Driving off designated route of travel.*

The foregoing statement is based upon:
X my personal observation
X my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: FRANK MONTOYA  Digitally signed by FRANK MONTOYA
Date: 2022.10.22 11:11:58 -07'00'

_____    _____
            Officer's Signature                                               Date

Probable cause has been stated for the issuance of a warrant.

Executed on:

_____    _____
            U.S. Magistrate Judge                                          Date

2

AO 238 (Rev. 06/19) Arrest Warrant and Notice Before Arrest

FID 11486365

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF ARIZONA

| United States of America | ) | Location Code(s)/Violation Number(s) | Violation Date(s) |
|---|---|---|---|
| v. | ) | A195     E1702104 | 10/19/2022 |
| RAMIREZ, JONATHAN | ) | Offense(s) | Amount Due |
| ~~[redacted]~~ | ) | NO VALID DRIVERS LICENSE | $130.00 |
| ~~[redacted]~~768 | ) | | |
| | ) | | |
| *Defendant* | ) | | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: 1/6/23 @ 12:10pm       *Maria S Aguilera*
                                              *Judge's signature*
                                              HON MARIA S AGUILERA

### Return

| Received | Date: 01/11/23 | Location: Tucson, AZ |
|---|---|---|

*Executed by the arrest of the defendant.*

| Arrested | Date: 02/27/23 | Location: Tucson, AZ |
|---|---|---|

Name: _____   Title: _____   District: _____

Date: _____   Signature: _____

Subject arrested by USMS
and initialed on 03/01/23
in the District of Arizona.

MSA
1/4/23
rvcc

## United States District Court
### Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A195 | E1702104 | F. Montoye | 2148 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 10/15/22  6:45am
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code: 50 CFR 27.31(g)

Place of Offense: Hwy 286 mm 10

Offense Description; Factual Basis for Charge: No Valid D/L

HAZMAT ☐

**DEFENDANT INFORMATION**

Last Name: Ramirez
First Name: Jonathan

(Personal info redacted)

**VEHICLE** VIN: (redacted)

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100 Forfeiture Amount
+ $30 Processing Fee
$ 130 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: U.S. District Court AZ, 405 W. Congress St., Tucson, AZ 85701
Date: 1/4/23
Time: 9:00 am

X Defendant Signature: Unable to sign

Original - CVB Copy

*E1702104*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/01/2022 11:12

A195
Violation No. : E1702104
Subject: Ramirez, Jonathan

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on October 19th, 2022, while exercising my duties as a law enforcement officer in the District of Arizona. I Federal Wildlife Officer F. Montoya tested the calibration of the Stalker radar device used in this contact. The device was found to be functioning normally and within manufacturer specifications. While on vehicle patrol in a marked law enforcement vehicle equipped with emergency lights and siren, in full duty uniform; in the performance of my duties, I observed a violation occur on federal land.

At approximately 6:45 a.m., I witnessed a dark color sedan, California plate ███████ driving at a high rate of speed. I visually approximated the vehicles speed at 75 miles per hour (mph) in a 55 mph zone. Using the radar device, I was able to measure the vehicles speed at 70 mph with a clear and steady tone for 3-5 seconds as it traveled northbound Highway 286 near milepost 10 of Buenos Aires National Wildlife Refuge, Sasabe, Arizona.

I activated my patrol vehicles emergency lights and initiated a traffic contact. Contacting the operator of the vehicle, Jonathan RAMIREZ (DOB██████), I asked RAMIREZ if he was the same person I observed driving the vehicle, he said he was. A return through dispatch indicated RAMIREZ does not posses a valid driver's license.

RAMIREZ was cited under 16 USC 668dd(f)(2) / *50 CFR 27.31(g) Driving without a valid driver's license.*

The foregoing statement is based upon:
X my personal observation
X my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: FRANK MONTOYA  Digitally signed by FRANK MONTOYA
Date: 2022.10.22 09:55:07 -07'00'

---
Officer's Signature                                                            Date

Probable cause has been stated for the issuance of a warrant.

Executed on:

---
U.S. Magistrate Judge                                                          Date